MARY LANNING MEMORIAL HOSPITAL ASSOCIATION, APPELLEE, v. ADAMS COUNTY, APPELLANT.

FILED NOVEMBER 23, 1928. No. 26196.

*Walter M. Crow*, for appellant.

*Herman G. Schroeder* and *Stiner & Boslaugh*, contra.

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON and EBERLY, JJ., and REDICK, District Judge.

PER CURIAM.

Affirmed on authority of *St. Elizabeth Hospital v. Lancaster County*, 109 Neb. 104, *House of the Good Shepherd*

*v. Board of Equalization,* 113 Neb. 489, and *Central Union Conference Ass'n v. Lancaster County,* 109 Neb. 106.

AFFIRMED.